```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                             :
SISTER E. JONES-BEY,                   :
                                             :
                                    Plaintiff,   :            1:23-cv-4149-GHW
                                             :
                       -v –                          :                <u>ORDER</u>
                                               :
VIKNEL POWELL,                      :
                                               :
                                    Defendant.   :
                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On November 30, 2023 Plaintiff Sister E. Jones-Bey filed a letter requesting that her address be updated on the docket as described below. Dkt. No. 21.

       The Clerk of Court is directed to update Plaintiff's address on the docket and to mail a copy of this order to Plaintiff at:

> Sister E. Jones-Bey
> Lyrics Moorish Sudbury Institute
> 211 Crown Street, #336
> Brooklyn, New York 11225

SO ORDERED.

Dated:  December 2, 2023
            New York, New York

                                                                 _____
                                                                   GREGORY H. WOODS
                                                               United States District Judge